UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ITALLY CALHOUN
6109 BOARDWALK BLVD APT #R
MONTGOMERY, AL 36117

CASE NO: 13-30240-DHW

Soc. Sec. No. XXX-XX-6656
Debtor.

## INCOME WITHHOLDING ORDER

TO: GKN AEROSPACE
ATTN PAYROLL
3951 ALABAMA HWY 231
TALLASSEE, AL 36078

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that GKN AEROSPACE withhold from the wages, earnings, or other income of this debtor the sum of **$36.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
13-30240-DHW ITALLY CALHOUN
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, February 2, 2015 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge